AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-6283-Hunt |
| ADRIAN FIERROS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant.* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __3/2/2019-3/8/2019__ in the county of __Broward and elsewhere__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 2251(a) & (e) | Knowingly used a minor to engage in any sexually conduct for the purpose of producing any visual depiction of such conduct. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alex G. Loff, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/4/19

_____
*Judge's signature*

City and state: __Fort Lauderdale, Florida__   __Patrick M. Hunt, U.S. Magistrate Judge__
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Alex G. Loff, Special Agent with the Federal Bureau of Investigation ("FBI"), having been first duly sworn, do hereby depose and state as follows:

### I. BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since March of 2018. Prior to that, I was a computer programmer. I am currently assigned to the Miami Field Office Innocent Images National Initiative, which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors including the production, possession, and distribution of child pornography. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations, and have executed search warrants that have led to seizures of child pornography.

2.     This affidavit is made in support of a criminal complaint against Adrian Fierros, (aka ""jenniorvo" and "jxneed"), charging him with knowingly using a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, in violation of Title 18, United States Code, Sections 2251(a) and (e).

3.     The information contained in this affidavit is based on my personal knowledge as well as information relayed to me by other law enforcement agents and officials involved in this investigation. I have not included in this affidavit each and every fact known to me or other law enforcement officers surrounding this investigation. Rather, I have included only those facts that

I believe are sufficient to establish probable cause to arrest the defendant for the violation described above.

## II.  PROBABLE CAUSE

4.  On March 5, 2019, the parents of 11-year-old female filed a report with Coral Springs Police Department in reference to a subject utilizing Instagram to pressure their daughter to send him nude images and videos of herself. The subject, using the Instagram name "jenniorvo" befriended the victim on Instagram by telling her she was pretty. They began chatting and the subject asked for a photograph of the victim. The victim complied and sent a clothed picture of herself to him via Instagram. The subject told her that she was beautiful and asked to see her body. The victim acquiesced and sent a full body photograph in her bra and panties. The suspect subsequently asked for a photograph of her vagina and when the victim declined the suspect told her that he would "expose the photograph of her in her bra and panties to everybody" if she didn't comply. The victim complied and sent an up-close photograph of her vagina but after sending it the suspect demanded photographs of her breasts. The suspect again told her that he would expose her to her friends on Instagram if she didn't comply with his demands.

5.  The victim sent the nude photographs of herself and the suspect then asked her to take a photo or video of her mother nude. The victim refused and the suspect again used the threat of exposing her nude photographs to everyone.

6.  The suspect then told the 11-year-old minor victim to take a video of her dog licking her vagina. The victim complied with this demand out of fear and sent a sexually explicit video and photograph of herself with the dog.

7.  The suspect continued to demand that she commit sexual acts such as putting her

fingers in her vagina, putting a pen in her vagina, putting a hairbrush in her vagina, putting a pen in her anus. He then requested that she put her 5-year-old non-verbal autistic brother's hand in or on her vagina. The victim refused all of these demands. The suspect then demanded that she go into her 5-year-old brothers' room, pull his underwear down and videotape her (the victim) licking his penis.

8.   The victim stated that she became scared and finally went to her parents to tell them about the demands of the subject. This prompted the investigation by the Coral Springs Police Department. The victim had already blocked the suspect on Instagram, however, the suspect utilized a second Instagram account, "jxneed", to re-initiate contact with her. The victim did not respond to him.

9.   Shortly after the victim ceased contact with the subject, he sent out via Instagram the victim's nude photographs to six (6) of her friends at school. These children ages ranged between 9 to 11 years old.

10.   On March 12, 2019, a subpoena was served on Instagram for information relating to Instagram user "jenniorvo" and "jxneed". Results of the subpoena to Instagram included IP addresses that the subject utilized to access his Instagram accounts. Those IP addresses were identified as belonging to Verizon and Spectrum Wireless. Subpoenas were sent to both Spectrum Wireless and Verizon. Verizon provided that the subscriber of the identified IP addresses was Adrian Fierros residing at 13481 Harley Ave., Sylmar, California. Verizon also provided, per subpoena instruction, the credit card information used to pay for the service and identified an account belonging to JP Morgan Chase Bank.

11.   On April 26, 2019, a subpoena served on JP Morgan Chase Bank for the above-mentioned Verizon account identified the sole accountholder as Adrian Fierros residing at 13481

Harley Avenue, Sylmar, California 91342.

12. The subpoena results from Instagram further revealed that the subject not only victimized the 11-year-old in this case, he was also in contact with 80 other females' on Instagram all being under the age of 14. He used the same tactics as he did with this victim; friend them, tell them they are pretty, have them send a photo and then extort them to send nude photographs in various poses that he ordered them taken in. The returned Instagram records also yielded various sexually explicit photographs from underage females as well as the texts in full from all of the aforementioned victims. Specifically, the chats as well as the sexually explicit video of the 11-year old female engaged in sexual activity with her dog was recovered as well as the other sexually explicit photos she sent to the subject at his request.

13. The Instagram subpoena results further revealed that the victim in this case as well as another unidentified victim both begged for the suspect to stop, that it was ruining their lives. He refused and continued his threats. Both again begged and told the suspect that they were going to end their lives and commit suicide to make it all stop. He wrote "idc send it and I'll stop" which stands for I don't care. He continued after the suicide threats to still threaten them with exposure to their friends and families. The suspect would prove these threats by screenshotting the victim's Instagram friends and families lists.

14. An online law enforcement database revealed that Adrian Ferrios resides at the residence located at 13481 Harley Avenue, Sylmar, California 91342. This same online law enforcement database shows that the phone number listed on the Verizon records return resolves to Adrian Fierros at the same address.

15. On June 4, 2019, a Federal search warrant was executed at 13481 Harley Avenue, Sylmar, California 91342. Ferrios was present at the home. He was advised of his Miranda rights

and waived them verbally and in writing. Ferrios advised that he uses Instagram as his primary social media platform. He admitted posing as a teenager on the application and using Instagram direct messaging to solicit girls around the ages of 12 and 13 for nude pictures. He would then threaten to release the nude pictures sent to him to people in the girls' contact lists if they refused to send him additional sexually explicit images.

### III. CONCLUSION

16. Based on my training and experience, and as further supported by the fact in this affidavit, I respectfully submit there is probable cause to believe that Adrian Ferrios knowingly used a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, in violation of Title 18, United States Code, Sections 2251(a) and (e).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Alex G. Loff, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this
____ day of June, 2019.

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE