UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-60153-JIC

UNITED STATES OF AMERICA,

v.

ADRIAN FIERROS,

Defendant.

_____/

## FACTUAL PROFFER

The United States of America and **ADRIAN FIERROS** ("defendant"), hereby agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

This case began on March 5, 2019, when the parents of 11-year-old female, Victim 1 in the indictment, filed a report with Coral Springs Police Department in reference to a subject utilizing Instagram to pressure their daughter to send him nude images and videos of herself. The subject, using the Instagram name "jenniorvo" befriended the victim on Instagram by telling her she was pretty. They began chatting and the subject asked for a photograph of the victim. The victim complied and sent a clothed picture of herself to him via Instagram. The subject told her that she was beautiful and asked to see her body. The victim acquiesced and sent a full body photograph in her bra and panties. The suspect

subsequently asked for a photograph of her vagina and when the victim declined the suspect told her that he would "expose the photograph of her in her bra and panties to everybody" if she didn't comply. The victim complied and sent an up-close photograph of her vagina but after sending it the suspect demanded photographs of her breasts. The suspect again told her that he would expose her to her friends on Instagram if she didn't comply with his demands.

The victim sent the nude photographs of herself and the suspect then asked her to take a photo or video of her mother nude. The victim refused and the suspect again used the threat of exposing her nude photographs to everyone.

The suspect continued to demand that she commit sexual acts such as putting her fingers in her vagina, putting a pen in her vagina, putting a hairbrush in her vagina, putting a pen in her anus. He then requested that she put her 5-year-old non-verbal autistic brother's hand in or on her vagina. The victim refused all of these demands. The suspect then demanded that she go into her 5-year-old brothers' room, pull his underwear down and videotape her (the victim) licking his penis.

The victim stated that she became scared and finally went to her parents to tell them about the demands of the subject. This prompted the investigation by the Coral Springs Police Department. The victim had already blocked the suspect on Instagram, however, the suspect utilized a second Instagram account, "jxneed", to re-initiate contact with her. The victim did not respond to him.

Shortly after the victim ceased contact with the subject, he sent out via

Instagram the victim's nude photographs to six (6) of her friends at school. These children ages ranged between 9 to 11 years old.

On March 12, 2019, a subpoena was served on Instagram for information relating to Instagram user "jenniorvo" and "jxneed". Results of the subpoena to Instagram included IP addresses that the subject utilized to access his Instagram accounts. Those IP addresses were identified as belonging to Verizon and Spectrum Wireless. Subpoenas were sent to both Spectrum Wireless and Verizon. Verizon provided that the subscriber of the identified IP addresses was Adrian Fierros residing at 13481 Harley Ave Sylmar California. Verizon also provided, per subpoena instruction, the credit card information used to pay for the service and identified an account belonging to JP Morgan Chase Bank.

On April 26, 2019, a subpoena served on JP Morgan Chase Bank for the above-mentioned Verizon account identified the sole accountholder as Adrian Fierros residing at 13481 Harley Avenue, Sylmar, California 91342.

The subpoena results from Instagram further revealed that the subject not only victimized the 11-year-old in this case, he was also in contact with other females' on Instagram a majority of which were under the age of 14. He used the same tactics as he did with Victim 1; friend them, tell them they are pretty, have them send a photo and then extort them to send nude photographs in various poses that he ordered them taken in. The returned Instagram records also yielded various sexually explicit photographs from underage females as well as the texts in full from all of the aforementioned victims.

The Instagram subpoena results further revealed that Victim 1 as well as

another unidentified victim begged for the suspect to stop, that it was ruining their lives. He refused and continued his threats. Both again begged and told the suspect that they were going to end their lives and commit suicide to make it all stop. He wrote "idc send it and I'll stop" which stands for I don't care. He continued after the suicide threats to still threaten them with exposure to their friends and families. The suspect would prove these threats by screenshotting the victim's Instagram friends and families lists.

An online law enforcement database revealed that Adrian Ferrios resided at 13481 Harley Avenue, Sylmar, California 91342.

Law enforcement was able to determine through the Instagram records that the subject using either Instagram name "jenniorvo" or "jxneed had contact with Victim 1, the 11-year-old victim, from March 2, 2019 to March 8, 2019.

On June 4, 2019, a Federal search warrant was executed at 13481 Harley Avenue, Sylmar, California 91342. Ferrios was present at the home. He was advised of his Miranda rights and waived them verbally and in writing. Ferrios advised that he uses Instagram as his primary social media platform. He admitted posing as a teenager on the application and using Instagram direct messaging to solicit girls around the ages of 12 and 13 for nude pictures. He would then threaten to release the nude pictures sent to him to people in the girl's contact lists if they refused to send him additional sexually explicit images.

The investigation also revealed that Victim 2, date of birth 9/6/2006, and her sister, victim 3, date of birth 8/22/2003 were both were targeted on Instagram by Fierros between November 1, 2018 and December 20, 2018. The

younger of the two sisters, Victim 2 in the indictment, was coerced by Fierros into producing sexually explicit images of herself. He then coerced her into sending those sexually explicit photos to him. He initially approached her as he did Victim 1 and told her she was beautiful and asked her to send him sexually suggestive photos. Once she sent him some initial photos he threatened to expose those photos to her friends and he also threatened to harm her family if she did not produce more sexually explicit photos. She complied and produced and sent him more sexually explicit photos to include photos that completely exposed her vaginal area. He then began to threaten her sister, Victim 3 in the indictment, by telling her he would send out to all her friends the sexually explicit pictures he had of her sister Victim 2. He then on January 3, 2019, distributed images of Victim 2 to Victim 3, to prove he did in fact have sexually explicit photos of her.

Another victim identified as Victim 4, date of birth 3/13/2006, was also identified as being a victim of Fierros. Fierros also targeted Victim 4 on Instagram and attempted to get her to produce sexually explicit images of herself. She refused, however, on March 11, 2019, Fierros distributed the video of Victim 1, engaging in explicit sexual activity to Victim 4 telling her that if she did not comply and produce sexually explicit images of herself he would expose both her and Victim 1.

The foregoing events occurred in Broward County, in the Southern District of Florida. This factual proffer is not intended as a complete recitation of the Defendant's activities in this case. It is submitted solely to provide a factual basis

for the Defendant's guilty plea.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 1/8/2020     By: _____

M. CATHERINE KOONTZ
SPECIAL ASSISTANT UNITED STATES ATTY

Date: 1/8/2020     By: _____

JESSE DREICER
ATTORNEY FOR DEFENDANT

Date: 1/8/2020     By: _____

ADRIAN PIERROS
DEFENDANT